O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| QUINCY EARL STOOT, | ) Case No. EDCV 11-1688-GHK (DTB) |
|---|---|
| Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| CONNIE GIPSON, Warden, | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 4/4/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE