JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUINCY EARL STOOT, | ) | Case No. EDCV 11-1688-GHK (DTB) |
|       Petitioner, | ) | |
| vs. | ) | **J U D G M E N T** |
| CONNIE GIPSON, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/4/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE